IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERMAL-GARD, INC., a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>C.J.'S HOME IMPROVEMENTS, LLC, a Vermont limited liability company and ROBERT JEAN,<br><br>Defendants. | Civil Action No.: 04-1871<br><br>CHIEF JUDGE DONNETTA W. AMBROSE/<br>MAGISTRATE JUDGE AMY REYNOLDS HAY |

## STIPULATION OF DISMISSAL

Having resolved this dispute by agreement, pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby stipulate to dismiss this action with prejudice subject to the terms and conditions of the parties' Release and Settlement Agreement.

Respectfully submitted,

LEECH TISHMAN FUSCALDO
& LAMPL, LLC

/s/ Alisa N. Carr
Pa. I.D. No. 56658
Citizens Bank Building, 30th Floor
525 William Penn Place
Pittsburgh, PA 15219
(412) 261-1600
*Counsel for Plaintiff*

GRAVEL & SHEA

/s/ Megan J. Shafritz
Megan J. Shafritz
admitted *pro hac vice*
76 St. Paul Street, 7th Floor
P.O. Box 369
Burlington, Vermont 05402-0369
*Counsel for Defendants*

APPROVED AND ORDERED:

*Donetta W. Ambrose* (signature)

~~Amy Reynolds Hay~~ Donetta W. Ambrose
~~Chief~~ United States ~~Magistrate~~ District Judge

Date: 3-6-07